UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE J. BERKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-CV-0470 CEJ |
| ) | |
| NEW WORLD PASTA COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on plaintiff's motion for leave to file motions for default judgment. Plaintiff apparently mailed this motion on May 29, 2006, one day prior to the grant of defendant's motion for leave to file responsive pleadings one day out of time. Because defendant has now responded to plaintiff's complaint, default judgment would be inappropriate.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion [#18] for leave to file motions for default judgment is **denied.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com